IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DONALD TYREE PLOWDEN, ET AL | : | NO. 07-281 |

## ORDER

AND NOW, this 1st day of September 2010, upon consideration of defendant Michael Whitlock's Motion to Continue Trial (Paper No. 192), defendant James Plowden's Motion to Join (Paper No. 193), defendant Michael Plowden's Motion for Joinder (Paper No. 194) and the Joint Motion for Continuance (Paper No. 195), the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial and, therefore pursuant 18U.S.C.§3161(h)(8), it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Trial or Plea Hearings shall commence in the abovesaid case on <u>Monday, December 20, 2010.</u>

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lawrence F. Stengel, J.

9/2/10
fax: Labar, Drossner, Cannon,
Griffin, Renner, Waldron